165 A.3d 462

**DAVIS, James**

v.

**STATE of Maryland**

**Pet. Docket No. 135, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2038, Sept. Term, 2015).

Petition for writ of certiorari dismissed

■

165 A.3d 462

**DAVIS, Perry Eugene**

v.

**STATE of Maryland**

**Pet. Docket No. 70, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 170, Sept. Term, 2016).

Petition for writ of certiorari denied